# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0342.  ERRICK THORNTON v. NICHOLINA KANLISI.**

On May 22, 2013, the trial court entered an order denying Errick Thornton's motion for change of custody and granting his ex-wife's counterclaim for unpaid child support.  On July 5, 2013, Thornton filed a notice of appeal to this Court.  To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Thornton filed his notice of appeal 44 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  10/22/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*